

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00266-CV

**TCOE, INC.,**
Appellant

v.

**SA QUAD VENTURES, LLC,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV00153
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Reply Brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court